UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RAYMOND MCCOY,

           Plaintiff,

    v.

M. TANN, et al.,

           Defendants.

Case No. 16-cv-06817-MEJ (PR)

**ORDER OF TRANSFER**

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, complaining of events at the California Substance Abuse Training Facility and State Prison in Corcoran, California.  Corcoran is in Kings County, which is located within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  No defendant is alleged to reside in the Northern District. Venue therefore is proper in the Eastern District, and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: December 9, 2016

MARIA-ELENA JAMES
United States Magistrate Judge